CHARLES T. SALERNO, Appellant, v. ALEX STRASBERG, Respondent.—

Bergan, P. J., Coon, Gibson and Reynolds, JJ., concur.

GERALDINE M. ST. DENIS, by GERALD ST. DENIS, Her Guardian ad Litem, Respondent, v. MARTHA SKIDMORE et al., Appellants. GERALD ST. DENIS, Respondent, v. MARTHA SKIDMORE et al., Appellants.—

Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.